# United States District Court
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DARYON MCDANIEL,**
**Plaintiff,**

vs.

Case Number:   **09-2170**

**DANIEL WALSH, and**
**MICHAEL MOORE,**
**Defendants.**

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  Case is terminated.

ENTER this 7th day of February 2011.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY:  DEPUTY CLERK